Mr. Justice Thompson delivered the opinion of the court.

---

M. J. Bartel, appellee, v. Mary R. Zimmerman et al., appellants.

Bill to subject realty to the payment of a judgment and to set aside a conveyance as fraudulent. Decree for complainant. Appeal from the Circuit Court of Sangamon county; the Hon. Elbert S. Smith, Judge, presiding. Heard in this court at the October term,

1917. Reversed and remanded with directions. Opinion filed April 19, 1918.

Graham & Graham and George M. Morgan, for appellants. John G. Friedmeyer, for appellee.

Mr. Justice Thompson delivered the opinion of the court.